# UNITED STATES DISTRICT COURT
## Southern District of Texas
## Holding Session in Houston

**UNITED STATES OF AMERICA**

**V.**

**GODWIN CHIEDO NZEOCHA**

**CASE NUMBER: 4:09CR00426-002**

**USM NUMBER: 15923-379**

## GODWIN CHIEDO NZEOCHA`S MOTION TO ALLOW TRAVEL OUTSIDE THE UNITED STATES

Godwin Chiedo Nzeocha, by and through his Counsel, Babatunde Coker, requests permission to travel outside the United States in order to attend the funeral rites of his recently deceased Mother based on the following considerations:

1. Mr Nzeocha was sentenced for conspiracy to commit health care fraud on May 10, 2013, for a term of 109 months.

2. Mr. Nzeocha has served a term of 80 months and is currently on probation which period ends on June 13, 2022.

3. On September 18, 2021, Mr. Nzeocha`s mother passed away in Nigeria. (See attached EX: A Death Certificate).

4. Prior to her death, Mr. Nzeocha has not seen his mother for over 114 months.

5. Mr. Nzeocha pleads to this Court to grant him the opportunity to pay his last respects to his Late Mother who will be buried on January 7th, 2022 in Amakohia, Uratta, Owerri, Imo State, Nigeria. ( See Attached – EX B: Obituary and Program of Burial).

6. Mr. Nzeocha has served out most of his term and is now a remodeled citizen of the United States. He lives with his wife and children in Houston.

7. Mr Nzeocha has made necessary arrangements for the trip if this Motion is granted. (See Exhibit C- Itinerary for Godwin Nzeocha)

Respectfully Submitted,
Lawal & Coker, P.C.

s/ *Babatunde Coker*
Babatunde O. Coker
Fed Ct # 566684
SBN: 24010825
Attorney for Godwin Nzeocha
8700 Commerce Park Drive,
Suite 206
Houston,
Texas 77036
Email:
tccoker@lawalandcoker.com
Tel: 281-407-2833
Fax: 281-407-2834

# UNITED STATES DISTRICT COURT
## Southern District of Texas
## Holding Session in Houston

**UNITED STATES OF AMERICA**

**V.**

**GODWIN CHIEDO NZEOCHA**

CASE NUMBER: 4:09CR00426-002

USM NUMBER: 15923-379

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY THAT ON 9th November, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and I sent a copy to the following:

Acting U.S. Attorney-Jennifer Lowery via Fax to 713-718-3300

Probation officer- Cynthia Moreno via email to Cynthia_moreno@txsp.uscourts.gov

*s/ Babatunde Coker*
Attorney for Godwin Chiedo Nzeocha

Form D.2

CAUTION: Any person who (1) Falsifies any of the particulars on this certificate or (2) uses a falsified certificate as true, knowing it to be false is liable to prosecution.

Ex. 'A'

ORIGINAL



# FEDERAL REPUBLIC OF NIGERIA
## NATIONAL POPULATION COMMISSION
## CERTIFICATE OF DEATH  No. D   082924

Issued under the Births and Death Etc. (Compulsory Registration) Decree 69 of 1992.

Registration Centre: FED SEC CENTRE
Town/Village: NEW OWERRI
L.G.A.: OWERRI MUNICIPAL
State: IMO

Volume: X   Year: 2021   Entry No.: 905

This is to certify that the death, details of which are recorded herein, has been registered on

Day: 15   Month: 10   Year: 2021   at this Registration Centre

1. Full Name: NZEOCHA MARTHA EJIUWAEMEONU
   (Surname first)   (In block letters)

2. Sex: FEMALE

3. Date of Death: Day: 18   Month: 09   Year: 2021

4. Age of Death: 92 YEARS

5. Place of Death: AT HOME   Town/Village: OWERRI

6. Full Address of Usual Place of Residence of Deceased: AZU FAMILY AMAKOHIA URATTA OWERRI NORTH L.G.A

Place of Issue: NEW OWERRI

Date: 15 - 10 - 2021

Name of Registrar
Signature of Registrar



# Celebration of Life

Ex. 'B'

With gratitude to God for a life well spent, the family of High Chief Sir Paul A. Nzeocha of Azu family Umuakuru in Amakohia Uratta Autonomous Community in Owerri North L.G.A. Imo State announce the passing away of their wife, mother, mother in-law and grandmother

## High Lolo Lady MARTHA EJIUWAEMEONU NZEOCHA
(NEE IJEGBULA)
OJIUGO I OF URATTA ANCIENT KINGDOM

**AGED 92 YEARS**

## BURIAL ARRANGEMENT
### FRIDAY 7TH JAN, 2022

8:00am - Body leaves Aladinma Mortuary to her husband's residence Amakohia Uratta

9:00am - Body lies in state @ her husband's compound

10:00am - Funeral Mass @ St. Michael's Parish Amakohia Uratta

1:00pm - Interment follows immediately after Mass @ her husband's compound

**LEFT TO MOURN HER ARE:**

High Chief Sir Paul A. Nzeocha (Akudo I of Uratta Ancient Kingdom) - Husband
Mrs. Juliana Nwigwe (Nee Nzeocha) - Daughter
Mr. Godwin Chiedozie Nzeocha (Houston Texas USA) - Son

Adaure Nzeocha - Grand-daughter
Chioma Nzeocha - Grand-daughter
Divine Nzeocha - Grand-daughter
Mary Nwigwe - Grand-daughter
Chinaza Nzeocha - Grandson

## Fw: Itinerary for GODWIN NZEOCHA - 12/20/21 - Lagos Nigeria (GTFIJG)

From: Nick Rajan (tnusa@att.net)
To: josephinenzeocha@yahoo.com
Date: Thursday, October 21, 2021, 10:51 AM CDT



Ex. 'C'

Travel Network USA
3934 Cypress Creek Parkway, Suite 300C
Houston, Texas 77068
281-440-0665

----- Forwarded Message -----
**From:** CTS Deliveries <support@ctsfares.com>
**To:** "tnusa@att.net" <tnusa@att.net>; "tnusa4@gmail.com" <tnusa4@gmail.com>
**Sent:** Thursday, October 21, 2021, 10:50:37 AM CDT
**Subject:** Itinerary for GODWIN NZEOCHA - 12/20/21 - Lagos Nigeria (GTFIJG)



Travel Network USA
3934 Cypress Creek Parkway, Suite 300C
Houston TX 77068 USA
Phone: (281) 440-0665

Thursday, 21OCT 2021 11:50 AM EDT
**Passengers: GODWIN NZEOCHA**
Agency Record Locator: GTFIJG

Lufthansa Confirmation 4NUGQ7

**Please inspect your ticket details immediately. Travel Agency is not responsible for any errors 24 (twenty-four) hours after receipt.**

**AIR  Monday, 20DEC 2021**

| | | |
|---|---|---|
| **Lufthansa** | **Flight Number:** 0441 | **Class:** Y- Coach/Economy |
| **From:** George Bush Intercontinental Houston, TX | **Depart:** 4:25 PM | |
| **To:** Frankfurt, Germany | **Arrive:** 9:20 AM 21DEC | |
| Stops: Nonstop | Duration: 9 hour(s) 55 minute(s) | |

| | | |
|---|---|---|
| | **Status**: CONFIRMED | **Miles**: 5232 / 8371 KM |
| **Equipment**: Airbus A330 Jet | **MEAL**: REFRSHMNT/COMP - MEALS | |

DEPARTS IAH TERMINAL D INTERNATIONAL - ARRIVES FRA TERMINAL 1
**Lufthansa Confirmation number is 4NUGQ7**
Check in on-line for LUFTHANSA
Click here to review Baggage guidelines for LUFTHANSA

### AIR  Tuesday, 21DEC 2021

**Lufthansa**
**From**: Frankfurt, Germany
**To**: Lagos, Nigeria
Stops: Nonstop

**Flight Number**: 0568
**Depart**: 11:05 AM
**Arrive**: 5:40 PM
Duration: 6 hour(s) 35 minute(s)
Status: CONFIRMED     Miles: 3008 / 4813 KM

**Class**: Y- Coach/Economy

**Equipment**: Airbus A330 Jet     MEAL: REFRSHMNT/COMP - MEALS
DEPARTS FRA TERMINAL 1 - ARRIVES LOS INTERNATIONAL TERMINAL
**Lufthansa Confirmation number is 4NUGQ7**
Check in on-line for LUFTHANSA
Click here to review Baggage guidelines for LUFTHANSA

### AIR  Thursday, 20JAN 2022

**Lufthansa**
**From**: Lagos, Nigeria
**To**: Frankfurt, Germany
Stops: Nonstop

**Flight Number**: 0567
**Depart**: 11:50 PM
**Arrive**: 6:20 AM 21JAN
Duration: 6 hour(s) 30 minute(s)
Status: CONFIRMED     Miles: 3008 / 4813 KM

**Class**: L- Coach/Economy

**Equipment**: Airbus A330 Jet     MEAL: REFRSHMNT/COMP - MEALS
DEPARTS LOS INTERNATIONAL TERMINAL - ARRIVES FRA TERMINAL 1
**Lufthansa Confirmation number is 4NUGQ7**
Check in on-line for LUFTHANSA
Click here to review Baggage guidelines for LUFTHANSA

### AIR  Friday, 21JAN 2022

**Lufthansa**
**From**: Frankfurt, Germany
**To**: George Bush Intercontinental Houston, TX
Stops: Nonstop

**Flight Number**: 0440
**Depart**: 10:00 AM
**Arrive**: 2:35 PM
Duration: 11 hour(s) 35 minute(s)
Status: CONFIRMED     Miles: 5232 / 8371 KM

**Class**: L- Coach/Economy

**Equipment**: Airbus A330 Jet     MEAL: REFRSHMNT/COMP - MEALS
DEPARTS FRA TERMINAL 1 - ARRIVES IAH TERMINAL D INTERNATIONAL
**Lufthansa Confirmation number is 4NUGQ7**
Check in on-line for LUFTHANSA
Click here to review Baggage guidelines for LUFTHANSA

**Click here to review Baggage guidelines for:**
LUFTHANSA

Ticket and fare are valid only as issued. These tickets are non-refundable and non-changeable. If allowed, fees will apply for any changes. All changes must be made prior to your schedule departure. Airlines may change their penalty fees without notice. If you are unable to travel, you must call the travel agency or the airline prior to your scheduled departure and cancel your flights. Your ticket will have no refund/reissue value if you "NO-SHOW" for any of your flights.

Please reconfirm your flights with the airline 3 (three) days prior to each travel date.

**Passengers are responsible for verifying that their Passport is valid 6 (six) months beyond the scheduled return date, as well as any Visa requirements for each destination.**

📄 ItineraryGTFIJG_21OCT.pdf
94kB

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY THAT ON 3rd November, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic of electronic filing to the following:

Acting U.S. Attorney

And a copy by Facsimile at 713-718-3300, to the Acting U.S. Attorney, Jennifer Lowery

s/ *Babatunde Coker*

Attorney for Godwin Chiedo Nzeocha

# UNITED STATES DISTRICT COURT

## Southern District of Texas

## Holding Session in Houston

**UNITED STATES OF AMERICA**

**V.**

**GODWIN CHIEDO NZEOCHA**

CASE NUMBER: 4:09CR00426-002

USM NUMBER: 15923-379

## ORDER ON GODWIN CHIEDO NZEOCHA'S MOTION TO ALLOW TRAVEL OUTSIDE THE UNITED STATES

On _____ this Court considered Godwin Chiedo Nzeocha's Motion to allow travel outside the United States and the Motion is hereby

GRANTED _____          DENIED _____

_____
Judge Andrew S. Hanen
United States District Court