United States District Court
Southern District of Texas
**ENTERED**
December 07, 2021
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT

### Southern District of Texas

### Holding Session in Houston

UNITED STATES OF AMERICA

V.

GODWIN CHIEDO NZEOCHA

CASE NUMBER: 4:09CR00426-002

USM NUMBER: 15923-379

### ORDER ON GODWIN CHIEDO NZEOCHA'S MOTION TO ALLOW TRAVEL OUTSIDE THE UNITED STATES

On _December 6, 2021_ this Court considered Godwin Chiedo Nzeocha's Motion to allow travel outside the United States and the Motion is hereby

GRANTED ✓          DENIED _____

Judge Andrew S. Hanen
United States District Court